# Order

Michigan Supreme Court
Lansing, Michigan

April 1, 2013

146247

JUDY HAZELTON,
       Plaintiff-Appellant,

v

C.F. FICK AND SONS, INC., and FICK
OPERATING COMPANY a/k/a SUNNY SPOT,
       Defendants-Appellees.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 146247
COA: 307024
Roscommon CC: 10-728915-NI

_____/

      On order of the Court, the application for leave to appeal the October 25, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

t0325